FELICE JOHN VITI, Acting United States Attorney (#7007)
ADAM ELGGREN, Assistant United States Attorney (#11064)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, Plaintiff, vs. MICHAEL RICHARD CHRISTENSEN, Defendant. | Case: 2:25−cr−00176<br>Assigned To : Waddoups, Clark<br>Assign. Date : 4/25/2025<br>Description: USA v. Christensen<br><br>FELONY INFORMATION<br><br>Count 1: 18 U.S.C. § 1029, ACCESS DEVICE FRAUD. |
|---|---|

The United States Attorney charges:

### COUNT 1
18 U.S.C. § 1029, Access Device Fraud

From on or about January 1, 2022, and continuing until on or about December 27, 2022, in the District of Utah and elsewhere,

MICHAEL RICHARD CHRISTENSEN

defendant herein, did knowingly and with intent to defraud use one or more unauthorized access devices during a one-year period, and by such conduct obtained things of value aggregating more than $1,000 during the period; to wit: he did effect transactions from the

Key Bank account of ScyTek, LLC, ending in -2687, to an American Express credit account ending in -3005, which transactions were not authorized by the owner of the account, all in violation of 18 U.S.C. § 1029(a)(2), Access Device Fraud.

        FELICE JOHN VITI
        Acting United States Attorney


        /s/ *Adam Elggren*
        ADAM ELGGREN
        Assistant United States Attorney